# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD E. WILSON,** : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-2405** |
| : | |
| **TOM WOLFE,** *et al.*, : | |
| **Defendants.** : | |

## ORDER

This 23rd day of October, 2019, upon consideration of Plaintiff Ronald E. Wilson's Amended Complaint (ECF No. 8) it is **ORDERED** that:

1. The Clerk of Court shall **REOPEN** this case.

2. The Court's July 31, 2019 Order (ECF No. 7) is **VACATED**.

3. Wilson's Amended Complaint is **DISMISSED with prejudice** as to Governor Tom Wolf, for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum, and **DISMISSED without prejudice** as to Defendants Carney and Delaney.

4. The Clerk of Court shall **CLOSE** this case.

                                                            **BY THE COURT:**

                                                            /s/ Gerald Austin McHugh
                                                            **United States District Judge**